NO. 07-03-0283-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

OCTOBER 6, 2003

_____

JACKIE D. DILL AND VERGIE ERLENE DILL, APPELLANTS

V.

T.C. INVESTMENTS, II, L.L.C., SUCCESSOR
TO THE SMALL BUSINESS ADMINISTRATION, APPELLEE

_____

FROM THE 237TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 02-516,522; HONORABLE SAM MEDINA, JUDGE

_____

Before QUINN and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

Appellants Jackie D. Dill and Vergie Erlene Dill filed a notice of appeal challenging the trial court's summary judgment in favor of appellee T.C. Investments, II, L.L.C., Successor to the Small Business Administration. The clerk's record has been filed.

Appellants' brief was due to be filed on or before August 11, 2003, but has yet to be filed, and no motion for extension of time was filed. By letter dated September 9, 2003, this Court notified appellants' counsel, J.A. "Trey" Didway, of the defect and also directed him to reasonably explain the failure to file a brief together with a showing that appellee has not been significantly injured by the delay on or before September 19, 2003. Counsel did not respond and the brief remains outstanding.

Accordingly, we dismiss the appeal for want of prosecution and failure to comply with an order of this Court. *See* Tex. R. App. P. 38.8(a)(1) and 42.3(b) and (c).

Don H. Reavis
Justice